US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 1 2016

DOUGLAS F. YOUNG, Clerk
By
 Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil No. 5:15-CV-05054 |
| | )<br>) |
| Real Property Located at:<br>    6109 Valley Forge Drive, Rogers, Arkansas<br>    Defendant | )<br>)<br>) |

## CONSENT DECREE OF FORFEITURE

On February 25, 2015, a verified complaint of Forfeiture was filed on behalf of the plaintiff, the United States of America, against the defendant real property. The complaint alleged that the defendant property is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (a)(1)(C) because it is the proceeds of violations of 18 U.S.C. §§ 1341 (mail fraud) & 1343 (wire fraud), and was involved in a violation of 18 U.S.C. § 1957 (money laundering).

The Court notes that the United States of America and the owner, Elizabeth Krieger (hereinafter "owner"), have entered into a Stipulation for Compromise Settlement filed in the above-captioned matter. The owners have consented and agreed to the entry of judgment of forfeiture based upon the Complaint for Civil Forfeiture in rem in favor of the United States on the conditions set forth below:

A. The owner paid to the United States the sum of $250,000 in the form of a trust check made payable to the United States Marshal Service; and

B. The owner agreed that the $250,000 paid to the United States Marshal Service will be forfeited to the government in lieu of the defendant property and disposed of according to law. The owner understands that all right, title, and interest in the

Page 1 of 2

$250,000 sum shall vest in the United States of America.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. All right, title, and interest in the $250,000 are forfeited to the United States of America;

2. The United States Marshal shall deposit the $250,000 trust check into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law;

3. This Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the defendant properties named in the complaint;

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing this Judgment of Forfeiture.

IT IS SO ORDERED, this ___1st___ day of __MARCH__ 2016.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____         _____
Aaron Jennen, AUSA for Plaintiff             W.H. Taylor, attorney for owner
United States of America